AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Maplewood at Upper East Side, LLC <br><br> *Plaintiff(s)* <br> v. <br> Mala Sendyk, as Administrator of the Estate of Benjamin Sendyk, Sharon Sendyk, as Administrator of the Estate of Benjamin Sendyk, and Chicago Title Insurance Company <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Mala Sendyk, as Administrator of the Estate of Benjamin Sendyk
2804 Avenue Z
Brooklyn, NY 11235

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
    Daniel Waxman
    Bryan Cave LLP
    1290 Avenue of the Americas
    New York, NY 10104

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                           CLERK OF COURT

Date: __4/21/2017__                        /s/ P. Canales
                                          *Signature of Clerk or Deputy Clerk*





## UNITED STATES DISTRICT COURT
## SOUTEHRN DISTRICT OF NEW YORK

Maplewood at Upper East Side, LLC

Civil Action No. 1:17-cv-02914-DAB

        Plaintiff(s)

**AFFIDAVIT OF SERVICE**

        v.

**Mala Sendyk, as Administrator of the Estate of Benjamin Sendyk**, Sharon Sendyk, as Administrator of the Estate of Benjamin Sendyk, and Chicago Title Insurance Company

        Defendant(s)

-----------------------------------------------------------------/

STATE OF NEW YORK   )
                S.S.
COUNTY OF NEW YORK)

        **TIMOTHY M. BOTTI**, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, D.L.S., Inc., and is not a party to this action.

        That on the 29th day of April, 2017, at approximately the time of 9:45am, deponent served a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT, CIVIL COVER SHEET, INDIVIDUAL PRACTICES OF JUDGE DEBORAH A. BATTS, AND INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE GABRIEL W. GORENSTEIN** upon **MALA SENDYK, AS ADMINISTRATOR OF THE ESTATE OF BENJAMIN SENDYK** at 2804 Avenue Z, Brooklyn, NY 11235 by personally delivering and leaving the same with **MALA SENDYK** at that address. At the time of service, deponent asked **MALA SENDYK** whether she is in active military service for the United States of America or for the State in

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com



any capacity whatever or dependent upon a person in active military service and received a negative reply.

**MALA SENDYK** is a white female, approximately 80 years of age, stands approximately 5 feet 4 inches tall, weighs approximately 150 pounds with curly graying brown hair and dark eyes.

_____
TIMOTHY M. BOTTI, #843358

Sworn to before me this
2nd day of May, 2017

_____
NOTARY PUBLIC

JONATHAN RIPPS
Notary Public-State of New York
No. 01RI6109718
Qualified in New York County
Commission Expires May 17, 2020

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com