# EXHIBIT "C"

7/13/2017                                tax return - larry@thegallusorg.com - The Gallus Group Mail

Frank.Crisafi@bryancave.com

Click here to enable desktop notifications for The Gallus Group Mail.  Learn more  Hide

Mail                                          Move to Inbox          More          1 of 7

COMPOSE          tax return          Inbox  x                              People (2)

Inbox (1,812)          Larry - <larry@thegallusorg.com>          Mar 14 ☆          Crisafi, Frank
Starred                to Frank                                            frank.crisafi@bryancave.com
Important
Sent Mail              Hi Frank,
Drafts (214)           I forwarded you the tax return which is going to be filed.          Show details
[Imap]/Drafts          Regards,
Junk E-mail            Larry
Notes
More                   Crisafi, Frank <Frank.Crisafi@bryancave.com>          Mar 27 ☆

      Larry          to me

                      Larry:  Just checking in.  Did the return get filed on the 15th of
                      March?  Frank.

                      BRYAN CAVE     Frank Crisafi
                                     Partner
                                     frank.crisafi@bryancave.com   T: +1 404 572 6840

                      From: Larry - [mailto:larry@thegallusorg.com]
                      Sent: Tuesday, March 14, 2017 12:40 PM
                      To: Crisafi, Frank
                      Subject: tax return

                      This electronic message is from a law firm. It may contain confidential or
                      privileged information. If you received this transmission in error, please reply to
                      the sender to advise of the error and delete this transmission and any
                      attachments.
                      bcllp2017

https://mail.google.com/mail/u/0/#search/Frank.Crisafi%40bryancave.com/15acdb11b63c5cdd                1/1

7/13/2017                         tax return - larry@thegallusorg.com - The Gallus Group Mail

Frank.Crisafi@bryancave.com

Click here to enable desktop notifications for The Gallus Group Mail.   Learn more  Hide

Mail                                          Move to Inbox          More               1 of 7

COMPOSE

**Inbox (1,812)**
Starred                    **Larry - <larry@thegallusorg.com>**          Mar 27 ☆
Important                  to Frank
Sent Mail
**Drafts (214)**           Hi Frank
[Imap]/Drafts              Yes and I emailed you a copy. You didn't receive it?
Junk E-mail
Notes
More                       **Crisafi, Frank <Frank.Crisafi@bryancave.com>**   Mar 27 ☆
                           to me

L   Larry        +         Yes.  We received the copy on the 14th.  fac

                           BRYAN CAVE    **Frank Crisafi**
                                         *Partner*
                                         frank.crisafi@bryancave.com   T: +1 404 572 6840

                           **From:** Larry - [mailto:larry@thegallusorg.com]
                           **Sent:** Monday, March 27, 2017 11:27 AM
                           **To:** Crisafi, Frank
                           **Subject:** Re: tax return

                           **Larry - <larry@thegallusorg.com>**          May 23 ☆
                           to Leonard

                           **Larry - <larry@thegallusorg.com>**          May 23 ☆
                           to Leonard