UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
MAPLEWOOD AT UPPER EAST SIDE, LLC,

                   Plaintiff,

-against-

MALA SENDYK, as Administrator of the Estate of
Benjamin Sendyk, et al.,

                   Defendants.

-------------------------------------------------------------- X

SHARON SENDYK, as Administrator of the Estate
of Benjamin Sendyk,

                   Third-Party Plaintiff,

-against-

LEONARD RODNEY, ESQ., et al.,

                   Third-Party Defendants.

-------------------------------------------------------------- X

**ORDER REGULATING PROCEEDINGS**

17 Civ. 2914 (AKH)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-16-2020

ALVIN K. HELLERSTEIN, U.S.D.J.:

        Today, March 13, 2020, I held a status conference in the above-captioned matter.

As discussed at today's status conference:

1. Document production must be completed by March 31, 2020.

2. Depositions must be completed by May 29, 2020.

3. The parties are directed to meet on June 10, 2020 at 2:00 p.m at the office of Plaintiff's counsel to discuss settlement.

4. The parties shall appear for a status conference on June 19, 2020 at 10:00 a.m.

SO ORDERED.

Dated: March 16, 2020
New York, New York

/s/ Alvin K. Hellerstein
ALVIN K. HELLERSTEIN
United States District Judge