UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                                                 :

MAPLEWOOD AT UPPER EAST SIDE, LLC,   :

                                       Plaintiff,   :    **ORDER**

    -against-                                          :

                                                                              :    17 Civ. 2914 (AKH)

MALA SENDYK, as Administrator of the Estate of  :
Benjamin Sendyk, et al.,

                                      Defendants.  :

-------------------------------------------------------------- X

SHARON SENDYK, as Administrator of the Estate  :
of Benjamin Sendyk,

                    Third-Party Plaintiff,  :
    -against-

LEONARD RODNEY, ESQ., et al.,                   :

                    Third-Party Defendants.  :
_____
                                                             X

ALVIN K. HELLERSTEIN, U.S.D.J.:

        Plaintiff's letter motion, ECF No. 104, is granted. The depositions shall proceed, using the remote procedures outlined by counsel. The witness's right to consult is limited to questions relating to privilege, which can easily be accomplished via separate devices.

        SO ORDERED.

Dated:    April 30, 2020                          /s/ Alvin K. Hellerstein
           New York, New York                 ALVIN K. HELLERSTEIN
                                                         United States District Judge