EXHIBIT H



# POPULAR
## OMMUNITY BANK.

## ESTATE OF BENJAMIN SENDYK
## August 19, 2016



ESTATE OF BENJAMIN SENDYK
MALA SENDYK ADM
2904 AVE Z
BROOKLYN, NY 11235

171

7/4/16

Pay to the Order of Leonard Rodney ... $1,777 50/100

Seventeen Hundred Seventy Seven and 50/100

POPULAR
COMMUNITY BANK
3961 Nostrand Avenue
Brooklyn, NY 11235

For Tree Services

Mala Sendyk

⑈026008811⑈ 680928731⑈8⑈ 0171

Check # 0171, Posted 07-22-16, Amount 1,777.50



Page 3 of 3
6809287318

Check # 0172, Posted 08-10-16, Amount 10,000.00