# EXHIBIT "H"

Lawrence A. Gallus
Certified Public Accountant

1613 Avenue Z
Brooklyn, New York 11235
(718) 332-7315

---

June 1, 2016

Leonard Rodney
1565 Franklin Avenue
Suite 101
Mineola, NY 11501

Re: Estate of Benjamin Sendyk
     Interiors by B&H Inc.

Dear Mr. Rodney,

    Per our discussion the following work will be performed by my firm Lawrence Gallus CPA PC. For the period July 11, 2011 through June 30, 2016 for the Estate of Benjamin Sendyk we will reconcile the bank account, we will do a complete writeup of all transactions going through the account. We will prepare the Federal and New York State/New York City Fiduciary Tax Returns for the Estate of Benjamin Sendyk for the F/Y/E June 30, 2012-June 30, 2016 which will include the sale of the building. In addition, we will amend 2011-2014 Federal, New York State and New York City Corporate Tax Returns for Interiors by B&H. Our fee will be $375/hr. The estimated fees will be between $25,000-$30,000.

    The Estate of Benjamin Sendyk and Interiors by B&H Inc. agrees to release, indemnify, and hold Lawrence Gallus CPA PC (its officers and employees) harmless from any liability and costs resulting from knowing misrepresentations by management.

By: _____
    Lawrence Gallus, CPA

By: /s/ Mala Sendyk
    Mala Sendyk, Administrator
    of the Estate of Benjamin Sendyk

Date: _____

Date: _____

5