UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                                                                   :
MAPLEWOOD AT UPPER EAST SIDE, LLC,      :

                                        Plaintiff,    :      **ORDER**

      -against-                                   :
                                                                             :      17 Civ. 2914 (AKH)
MALA SENDYK, as Administrator of the Estate of  :
Benjamin Sendyk, et al.,

                                      Defendants.

-------------------------------------------------------------- X

SHARON SENDYK, as Administrator of the Estate
of Benjamin Sendyk,

                          Third-Party Plaintiff,
     -against-

LEONARD RODNEY, ESQ., et al.,

                          Third-Party Defendants.
---------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

        Oral argument on the pending motions for summary judgment will be held on November 19, 2020, at 2:30 p.m. Oral argument will be held telephonically via the following call-in number:

        Call-in number: 888-363-4749

        Access code: 7518680

        To ensure that the hearing proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones. Not later than November 17, 2020, at 12:00 p.m., the parties shall jointly submit to the court (via the email address

HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record at the telephonic argument, along with their contact information.

        SO ORDERED.

Dated:    October 2, 2020                      /s/ Alvin K. Hellerstein
           New York, New York          ALVIN K. HELLERSTEIN
                                                 United States District Judge