```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
MAPLEWOOD AT UPPER EAST SIDE, LLC,                             :
                                                               :
                                Plaintiff,                     :     ORDER
        -against-                                              :
                                                               :     17 Civ. 2914 (AKH)
SHARON SENDYK, as Administrator of the Estate                  :
of Benjamin Sendyk, INTERIORS BY B&H, INC.,                    :
and 1808 2nd REALTY LLC,                                       :
                                                               :
                                Defendants.                    :
-------------------------------------------------------------- X
                                                               :
SHARON SENDYK, as Administrator of the Estate                  :
of Benjamin Sendyk,                                            :
                                                               :
                                Third-Party Plaintiff,         :
        -against-                                              :
                                                               :
LEONARD RODNEY, ESQ., et al.,                                  :
                                                               :
                                Third-Party Defendants.        :
                                                               :
-------------------------------------------------------------- X
```

ALVIN K. HELLERSTEIN, U.S.D.J.:

On December 18, 2020, I held a telephonic status conference in the above-captioned matter. As discussed at the conference, my orders denying Maplewood's motion for summary judgment and denying Defendant Sharon Sendyk's partial motion for summary judgment, as well as the Clerk's Judgment, ECF Nos. 150, 151, and 154 are hereby vacated. The complaint shall be reformed with a new caption, removing Defendant Mala Sendyk and Defendant Chicago Title Insurance Company. Defendant Sharon Sendyk motion for re-argument of all aspects of the case on the papers heretofore submitted, ECF No. 156 is hereby granted.

SO ORDERED.

Dated:   December 21, 2020                    _____/s/_____

New York, New York

ALVIN K. HELLERSTEIN
United States District Judge