Case 1:17-cv-02914-AKH Document 165 Filed 08/26/21 Page 2 of 6

**EXHIBIT B**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ x

MAPLEWOOD AT UPPER EAST SIDE, LLC,

Plaintiff,

v.

SHARON SENDYK, AS ADMINISTRATOR OF THE ESTATE OF BENJAMIN SENDYK, INTERIORS BY B&H,INC., and 1808 2nd REALTY LLC,

Defendants.

----------------------------------------------------------------

SHARON SENDYK AS ADMINISTRATOR OF THE ESTATE OF BENJAMIN SENDYK,

Third-Party Plaintiff,

- against -

LEONARD RODNEY, ESQ. and LARRY GALLUS, CPA,

Third-Party Defendants

------------------------------------------------------------------------ x

Civil Action No. 17-cv-02914

**STIPULATION**

**JOINT STIPULATION OF DISCONTINUANCE WITH PREJUDICE**

WHEREAS, a default judgment was entered against 1808 Realty on or about June 11, 2018 (ECF No. 87);

WHEREAS, a default judgment was entered against B&H on or about January 10, 2018 (ECF No. 79);

WHEREAS, by stipulation amongst all parties, which was so ordered by the Hon. Deborah A. Batts on June 7, 2018, this action was discontinued without prejudice against Chicago Title Insurance Company. ECF No. 88;

IT IS HEREBY STIPULATED AND AGREED between the remaining parties to the action and the third party action as follows:

That whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is, dismissed with prejudice, without costs to either party as against the other.

IT IS FURTHER STIPULATED AND AGREED that a scanned or facsimile copy of this Stipulation shall be deemed an original for all purposes, and the Stipulation may be executed in counterparts.

Dated: August __, 2021

BRYAN CAVE LEIGHTON PAISNER LLP

______________________________

By: Daniel Philip Waxman
1290 Avenue of the Americas
New York, New York 10104
Tel: (212) 541-2040
Fax: (212) 541-1339
Email: dpwaxman@bclplaw.com
*Attorneys for Maplewood at Upper East Side, LLC*

Dated: August 19, 2021

LEONARD RODNEY

By: Leonard Rodney, Pro se
1565 Franklin Avenue, Suite 200
Mineola, New York 11501
Tel: (516) 498-1717
Fax: (516) 829-8801
Email: lr80lawyer@aol.com

Dated: August __, 2021

RICHARD L. HERZFELD, P.C.

______________________________

By: Richard L. Herzfeld
112 Madison Avenue
8th Floor
New York, New York 10016
Tel: (212) 818-9019
Email: rherzfeld@herzfeldlaw.com
*Attorneys for Sharon Sendyk, As Administrator Of the Estate of Benjamin Sendyk*

That whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is, dismissed with prejudice, without costs to either party as against the other.

IT IS FURTHER STIPULATED AND AGREED that a scanned or facsimile copy of this Stipulation shall be deemed an original for all purposes, and the Stipulation may be executed in counterparts.

Dated: August __, 2021

BRYAN CAVE LEIGHTON PAISNER LLP

______________________________

By: Daniel Philip Waxman
1290 Avenue of the Americas
New York, New York 10104
Tel: (212) 541-2040
Fax: (212) 541-1339
Email: dpwaxman@bclplaw.com
*Attorneys for Maplewood at Upper East Side, LLC*

Dated: August __, 2021

LEONARD RODNEY

______________________________

By: Leonard Rodney, Pro se
1565 Franklin Avenue, Suite 200
Mineola, New York 11501
Tel: (516) 498-1717
Fax: (516) 829-8801
Email: lr80lawyer@aol.com

Dated: August 23, 2021

RICHARD L. HERZFELD, P.C.

Richard L. Herzfeld

By: Richard L. Herzfeld
112 Madison Avenue
8th Floor
New York, New York 10016
Tel: (212) 818-9019
Email: rherzfeld@herzfeldlaw.com
*Attorneys for Sharon Sendyk, As Administrator*
*Of the Estate of Benjamin Sendyk*

That whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is, dismissed with prejudice, without costs to either party as against the other.

IT IS FURTHER STIPULATED AND AGREED that a scanned or facsimile copy of this Stipulation shall be deemed an original for all purposes, and the Stipulation may be executed in counterparts.

Dated: August 25, 2021

BRYAN CAVE LEIGHTON PAISNER LLP

By: Daniel Philip Waxman
1290 Avenue of the Americas
New York, New York 10104
Tel: (212) 541-2040
Fax: (212) 541-1339
Email: dpwaxman@bclplaw.com
*Attorneys for Maplewood at Upper East Side, LLC*

Dated: August __, 2021

LEONARD RODNEY

By: Leonard Rodney, Pro se
1565 Franklin Avenue, Suite 200
Mineola, New York 11501
Tel: (516) 498-1717
Fax: (516) 829-8801
Email: lr80lawyer@aol.com

Dated: August __, 2021

RICHARD L. HERZFELD, P.C.

By: Richard L. Herzfeld
112 Madison Avenue
8th Floor
New York, New York 10016
Tel: (212) 818-9019
Email: rherzfeld@herzfeldlaw.com
*Attorneys for Sharon Sendyk, As Administrator Of the Estate of Benjamin Sendyk*

Case 1:17-cv-02914-AKH Document 165 Filed 08/26/21 Page 6 of 6

SO ORDERED.

Date: August 30, 2021

/s/ Alvin K. Hellerstein

HON. ALVIN K. HELLERSTEIN
U.S.D.J.